1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   PAMELA SCHOOLEY, et al.,                         CASE NO. CV F 10-2381 LJO GSA

10                          Plaintiffs,              **ORDER AFTER SETTLEMENT**
                    vs.                              (Doc. 11.)
11
     RAILTOWN MOTEL,
12   et al.,

13                          Defendants.
     _____/
14

15          Plaintiffs' counsel notified this Court that settlement has been reached.  Pursuant to this Court's

16   Local Rule 160, this Court ORDERS the parties, **no later than May 2, 2011,** to file appropriate papers

17   to dismiss or conclude this action in its entirety, or to show good cause why the action has not been

18   dismissed.

19          This Court VACATES all pending dates and matters, including the April 13, 2011 hearing on

20   defendants' motion to dismiss and the May 24, 2011 scheduling conference.  This Court will take no

21   further action on the motion to dismiss.

22          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

23   parties who contributed to violation of this order.  *See* Local Rules160 and 272.

24

25   IT IS SO ORDERED.

26   **Dated:    April 1, 2011**                     _____
                                                            **/s/ Lawrence J. O'Neill**
27                                                   UNITED STATES DISTRICT JUDGE

28