THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorney for Plaintiffs
PAMELA SCHOOLEY and
ROBERT SCHOOLEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA SCHOOLEY and ROBERT SCHOOLEY, each an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RAILTOWN MOTEL; RAMESH G. PANCHAL; and NITA R. PANCHAL,<br><br>Defendants. | **CASE NO. 1:10-CV-02381-LJO-GSA**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

///

pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 1, 2011

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /S/
Thomas E. Frankovich
Attorney for Plaintiffs PAMELA SCHOOLEY and ROBERT SCHOOLEY

Dated: March 31, 2011

Law Office Of Michael Karimi

By: /S/
Michael Karimi
Attorney for Defendant's RAILTOWN MOTEL; RAMESH G. PANCHAL; and NITA R. PANCHAL

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary. This Court directs the clerk to close this action administratively.

IT IS SO ORDERED.

**Dated: April 4, 2011**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE